1402

# CASE ANNOUNCEMENTS

*December 24, 2009*

[Cite as *12/24/2009 Case Announcements*, 2009-Ohio-6825.]

## MOTION AND PROCEDURAL RULINGS

**In re Hughley.**
On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On December 18, 2009, Hughley submitted a motion for leave to file a writ of mandamus. Upon review of the proffered motion for leave,
    It is ordered by the court that Kevin Hughley's motion for leave is denied.

## MISCELLANEOUS DISMISSALS

**2008–0120. State ex rel. Kugler v. Indus. Comm.**
Franklin App. No. 07AP–77, 2007-Ohio-6541. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009–2219. State v. Persinger.**
Morrow App. No. 08–CA–14, 2009-Ohio-5849. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due December 18, 2009, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
    It is ordered by the court that this cause is dismissed sua sponte.

# CASE ANNOUNCEMENTS

*December 28, 2009*

[Cite as *12/28/2009 Case Announcements*, 2009-Ohio-6833.]

## MISCELLANEOUS DISMISSALS

**2009–2150. State ex rel. Lundeen v. Ryan.**
Franklin App. No. 08AP–601. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration thereof,
    It is ordered by the court, sua sponte, that this cause is dismissed due to appellant's failure to respond to this court's order requiring him to file an amended notice of appeal with the court of appeals' judgment entry.